OPINION # O-105 WAS NEVER ISSUED OR

WAS WITHDRAWN.